1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   MARK B JACOBS,                              No.  CV 13-05681 LB

9            Plaintiff,                         **ORDER**

10     v.

11  SIERRA MOLECULAR CORP,

12           Defendant.
    _____/

13

14  GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

16  **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17  bear the **initials CRB** immediately after the case number. All hearing dates presently scheduled are

18  vacated and motions should be renoticed for hearing before the judge to whom the case has been

19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22  Civ. P. 72(b).

23

24                                              FOR THE EXECUTIVE COMMITTEE:

25

26  Dated:  December 19, 2013

27  rev 4-12                                    Richard W. Wieking
                                                Clerk of Court
28

**United States District Court**
For the Northern District of California